# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0157. TIM CLARKE et al. v. JAMES BENJAMIN FRANKO et al.

Tim Clarke and Central GA Land Management, Inc. ("Applicants") sued James Franko and Angella Burns ("Respondents") for specific performance of a first right to purchase real property. Respondents answered and counterclaimed for slander of title and cancellation of a lis pendens on the property. The parties filed cross-motions for summary judgment. In two orders, the trial court granted Respondents' motion and denied Applicants' motion, ruling that Applicants were not entitled to specific performance and that the lis pendens should be canceled. The court reserved all remaining issues for future determination. Applicants seek interlocutory review of the trial court's orders.

The grant of partial summary judgment on any issue may be appealed directly and immediately. See OCGA § 9-11-56 (h); *Ellis v. Oles*, 364 Ga. App. 133, 133-134 (2) (873 SE2d 251) (2022). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. Applicants shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a notice of appeal from the orders at issue here, they need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/11/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*